IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE L. DONALD, | No. C 12-01908 EJD (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| TIM VIRGA, Warden, | |
| Respondent. | |

On April 17, 2012, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2). On May 17, 2012, Petitioner filed an application for waiver of court fees and costs. (Docket No. 4.) Petitioner filed another IFP motion on May 21, 2012, (Docket No. 5).

Petitioner's IFP applications are deficient because he failed to submit a Certificate of Funds in Prisoner's Account that was completed and signed by an authorized prison official. (Docket Nos. 2 & 5.)

In the interest of justice, Petitioner is granted an extension of time to file the missing document to complete his IFP application. Petitioner must file a completed Certificate of Funds in Prisoner's Account **no later than thirty (30) days** from the

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.12\01908Donald_eot-ifp.wpd

1 date this order is filed.  In the alternative, Petitioner may file the $5.00 filing fee in
2 the same time provided.

**<u>FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.</u>**

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Petitioner.

DATED: 7/20/2012



EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.12\01908Donald_eot-ifp.wpd                 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEONTE L. DONALD,

        Petitioner,

v.

TIM VIRGA, Warden,

        Respondent.

Case Number: CV12-01908 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/20/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deonte L. Donald G21903
California State Prison
P. O. Box 290066
Represa, CA 95671

Dated: 7/20/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk