United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE L. DONALD, | No. C 12-01908 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| TIM VIRGA, | |
| Respondent. | |

    On April 17, 2012, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2).  On May 17, 2012, Petitioner filed an application for waiver of court fees and costs.  (Docket No. 4.)  Petitioner filed another IFP motion on May 21, 2012, (Docket No. 5).  On July 20, 2012, the Court notified Petitioner that his IFP applications were deficient because he failed to submit a Certificate of Funds in Prisoner's Account that was completed and signed by an authorized prison official.  (See Docket No. 6.)  Petitioner was granted an extension of time to file the missing document to complete his IFP application, such that a completed Certificate of Funds in Prisoner's Account was due no later than August 19, 2012.  In the alternative, Petitioner was directed to pay

Order of Dismissal
01908Donald_dism-ifp.wpd

the $5.00 filing fee in the same time provided.  (<u>Id.</u>)  The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.  The Clerk shall terminate any pending motions, (Docket Nos. 2, 4 and 5), and close the file.

DATED: 9/5/2012



EDWARD J. DAVILA
United States District Judge

Order of Dismissal
01908Donald_dism-ifp.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEONTE L. DONALD,

        Petitioner,

  v.

TIM VIRGA,

        Respondent.

                                   /

Case Number: CV12-01908 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   9/12/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deonte L. Donald G21903
California State Prison
P. O. Box 290066
Represa, CA 95671

Dated:   9/12/2012

                                      Richard W. Wieking, Clerk
                                    /s/By: Elizabeth Garcia, Deputy Clerk