IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEONTE L. DONALD, | ) | No. C 12-01908 EJD (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| TIM VIRGA, | ) ) | |
| Respondent. | ) ) ) | |

The Court has dismissed the instant action without prejudice for Petitioner's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 9/5/2012

EDWARD J. DAVILA
United States District Judge

Judgment
01908Donald_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEONTE L. DONALD,

        Petitioner,

  v.

TIM VIRGA,

        Respondent.
                              /

Case Number: CV12-01908 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/12/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deonte L. Donald G21903
California State Prison
P. O. Box 290066
Represa, CA 95671

Dated: 9/12/2012

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk